# SERCARZ & RIOPELLE, LLP

CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

JULIA L. GATTO
*ADMITTED IN NY & NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

July 23, 2007

**VIA FACSIMILE**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Casanova (Efrain Torres), 07 CR 557 (JGK)**

Dear Judge Koeltl:

    We write to request that Mr. Torres' bail be modified in order to permit him to travel to Miami, Florida from Thursday, July 26, 2007 to August 1, 2007 on a summer vacation with friends that the defendant planned before he was arrested on the above-referenced indictment. I have spoken with Dennis Khilkevich, Mr. Torres' pre-trial supervising officer, and he consents to this request. AUSA Wilson Leung, however, objects to the request.

    If this application is granted, the defendant will travel to Miami on July 26, 2007 on American flight 599 and return on August 1, 2007 on American flight 1228. While away, he will stay at the President Hotel, 1423 Collins Avenue, Miami Beach, Florida, (305) 534-9334 and can be reached on the hotel number or his cellular phone (646) 296-5244. A copy of Mr. Torres' travel itinerary is attached hereto as Exhibit A.

    Mr. Torres was presented on criminal complaint M-07-888 on June 5, 2007. He was released on a $500,000 personal recognizance bond co-signed by four financially responsible persons. Mr. Torres, an American citizen and life-long New York resident, has never traveled outside of the United States and does not have a passport. The defendant's travel was restricted to the Southern and Eastern Districts of New York.

    Upon information and belief, since Mr. Torres' release, he has been fully compliant with all of the conditions of his bail.

The Honorable John G. Koeltl
July 23, 2007]
Page 2 of 2

    If the Court is willing to grant the application, it may do so by executing this letter at the "So Ordered" signature line below. If the Court would like to hear defense counsel further on this application, we are available anytime before the date of Mr. Torres' scheduled trip. AUSA Leung informs me that he can be available on Wednesday, July 25, 2007.

Respectfully submitted,

Julia L. Gatto

cc:     AUSA Wilson Leung (via facsimile)
        Dennis Khilkevich, Pretrial Supervising Agency (via facsimile)

    The defendant, Efrain Torres, having made application to travel to Miami, Florida from July 26, 2007 to August 1, 2007, and the Pretrial Services Agency having no objection to this application, and good cause appearing to grant the application,

    IT IS ORDERED, that the defendant Efrain Torres be permitted to travel to Miami, Florida from July 26, 2007 to August 1, 2007, *provided that the defendant will report in person to Pre-Trial Services in this District the morning of August 2, 2007 and be subject to drug testing at that time.*

SO ORDERED:

HON. JOHN G. KOELTL
U.S.D.J.

7/25/07